# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACQUEL ALEC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SIERRA UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00118-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 12) |

This action was filed on January 23, 2018. On July 26, 2018, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 12.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 27, 2018**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1